**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ANDREA AUDISH and LISIA HALL, on behalf of themselves and others similarly situated, | Case no. 9:21-cv-80879-DMM |
|      Plaintiffs, | |
| v. | |
| AMERICAS HEALTH CENTER INC., | |
|      Defendant. | |

<u>**NOTICE OF SETTLEMENT**</u>

Plaintiffs Andrea Audish and Lisia Hall hereby notify the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiffs' individual claims within 30 days. Accordingly, Plaintiffs respectfully request that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Respectfully Submitted,

Dated: June 25, 2021

/s/ *Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*