IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREA AUDISH and LISIA HALL, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAS HEALTH CENTER INC.,<br><br>　　　　Defendant. | Case no. 9:21-cv-80879-DMM |

## NOTICE OF DISMISSAL

Plaintiffs Andrea Audish and Lisia Hall hereby give notice of the dismissal of with prejudice as to the Plaintiffs' individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: July 2, 2021　　　　　　　　　　/s/ *Avi Kaufman*
　　　　　　　　　　　　　　　　　　　　Avi R. Kaufman (FL Bar no. 84382)
　　　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　　　400 NW 26th Street
　　　　　　　　　　　　　　　　　　　　Miami, FL 33127
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 469-5881

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the putative Classes*