UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80879-CV-MIDDLEBROOKS/Matthewman

ANDREA AUDISH and LISIA HALL, on behalf
of themselves and others similarly situated,

    Plaintiffs,

v.

AMERICAS HEALTH CENTER INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiffs' Notice of Dismissal, filed July 2, 2021. (DE 10). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE** as to Plaintiffs' individual claims and **WITHOUT PREJUDICE** as to the putative class's claims.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 6th day of July, 2021.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record